Submitted on record and briefs November 5, 1999, reversed November 15, 2000

EDWARD A. VAUGHN,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-06-08966M; CA A106865)

14 P3d 647

Edward A. Vaughn filed the brief *pro se.*

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Denise G. Fjordbeck, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Reversed. *Bailey v. Johnson,* 165 Or App 450, 997 P2d 871, *rev den* 330 Or 375 (2000).